## Adolph Stein v. Charles T. Rothermel.

1. PRACTICE—*No Exceptions Taken.*—Where a cause is submitted to the court and jury waived, and no exceptions taken to the finding and judgment, it will be affirmed.

**Assumpsit**, on a promissory note. Trial in the County Court of Cook County; the Hon. WALES W. WOOD, Judge, presiding. Finding and judgment for plaintiff. Appeal by defendant. Heard in this court at the March term, 1898. Affirmed. Opinion filed November 16, 1898.

TAYLOR & MARTIN, attorneys for appellant.

BANGS, WOOD & BANGS, attorneys for appellee.

PER CURIAM.

This cause was submitted to the court below and jury waived. No exception taken to finding and judgment.

Opinion by Mr. Justice SEARS affirming, on authority of Ill. C. R. R. Co. v. O'Keefe, 154 Ill. 511; Gray v. Dickinson, 72 Ill. App. 55.